# Order

Michigan Supreme Court
Lansing, Michigan

March 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128733
128734
(84)

THOMAS M. SHOAFF,
          Plaintiff-Appellee,

v

GARY D. BALDWIN, former Personal
Representative of the Estate of Duane V.
Baldwin; MARY JO BALDWIN, former
Co-Trustee of the Duane V. Baldwin Trust,
JACOBS MANAGEMENT, L.L.C., FFM CO.,
INC., DGM CORP., AGRICON, INC.,
STOCKBRIDGE LIMITED PARTNERSHIP #1;
STOCKBRIDGE LIMITED PARTNERSHIP #2;
STOCKBRIDGE LIMITED PARTNERSHIP #3;
STOCKBRIDGE LIMITED PARTNERSHIP #4;
and STOCKBRIDGE LIMITED PARTNERSHIP #5,
          Defendants-Cross-
          Plaintiffs-Counter Plaintiffs,

and

THOMAS E. WOODS, as successor Personal
Representative of the Estate of Duane V. Baldwin
and as successor Trustee of the Duane V. Baldwin
Trust,
          Defendants-Appellants,

and

BALDWIN SOD FARMS and MARK BALDWIN,
          Cross-Defendants.
_____/

SC: 128733, 128734
COA: 248606, 248609
Ingham CC: 99-090282-CZ

On order of the Court, the motion for reconsideration of this Court's order of December 27, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

Clerk